

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KENNETH D. McKEOUGH, | § | No. 08-21-00057-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| CAMELOT TOWNHOMES ASSOCIATION, INC., | § | of El Paso County, Texas |
| Appellee. | § | Cause No. 2019DCV3303 |

## J U D G M E N T

The judgment of the Court issued February 27, 2023 is withdrawn, and the following is the judgment of the Court.

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part and reversed and remanded in part. The judgment of the trial court granting summary judgment on Appellee's right to foreclose is affirmed. We reverse the trial court's summary judgment as to Appellant's counterclaims and the award of attorney's fees. We remand this cause to the trial court for further proceedings consistent with this opinion.

We further order that Appellant recover from Appellee all costs of appeal, for which let execution issue. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS ORDERED THIS 13TH DAY OF JUNE, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.
(Alley, J., not participating)